# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 22, 2014

149644

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

In re J, Minor.

SC: 149644
COA: 319359
Oakland CC Family Division:
13-811662-RB

_____/

On order of the Court, the application for leave to appeal the June 24, 2014 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 22, 2014



Clerk

t0819